Clyde Steamship Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

BARTHOLOMA, Respondent, v. TOWN OF FLORENCE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Michael Bartholoma against the Town of Florence.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

---

BAUMFELD v. BLITZ. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Maurice Baumfeld against Milica Blitz. No opinion. Motion denied. Order filed.

---

BEACH v. LARGE et al. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Josephine A. Beach against Elizabeth G. Large and another. No opinion. Interlocutory judgment affirmed, with costs.

---

BECKER, Respondent, v. JUNG, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by George J. Becker against Jacob Jung. No opinion. Judgment affirmed, with costs.

---

BELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1909.) Action by Joseph Bell, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 128 App. Div. 730, 113 N. Y. Supp. 185.

SMITH, P. J., and COCHRANE, J., dissent.

---

BERDNER, Respondent, v. LIBERTY STORAGE & WAREHOUSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Annie Berdner against the Liberty Storage & Warehouse Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

BERNSTEIN, Respondent, v. HALPERIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Abraham S. Bernstein against Morris Halperin. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re BETTS. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) In the matter of the application of Ira E. Betts, late of the town of Delhi, deceased, by Minnie H. Betts, as executrix, etc., of said deceased, and as property owner, to alter and lay out a new highway in the town of Delhi, N. Y., and the assessment of damages therefor. No opinion. Order affirmed, with costs. See, also, 132 App. Div. 941, 118 N. Y. Supp. 1094.

---

BIGALKE & ECKERT CO. v. WM. KNABE & CO. MFG. CO. (Supreme Court, Appellate Term. November 12, 1909.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by the Bigalke & Eckert Company against the Wm. Knabe & Co. Manufacturing Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Sproull, Harmer & Sproull, for appellant. Sullivan & Cromwell (Emery H. Sykes, of counsel), for respondent.

PER CURIAM. The plaintiff obtained judgment. Defendant appeals. Plaintiff was a tenant of defendant, and put up in the leased premises 55 feet of glass and mahogany partitions. When plaintiff moved out, it sought to take these partitions with it, but was prevented by defendant. The value of said partitions is claimed by plaintiff to be $100. Defendant claims that plaintiff agreed that no nails, hooks, or screws should be driven in any part of the walls or woodwork of said leased premises, or any alterations made, without defendant's permission in writing, and also that it was particularly agreed that all alterations or improvements or additions put in by plaintiff, except movable office furniture, should become the property of defendant; and defendant claims that plaintiff violated these conditions of the contract, and thereby damaged defendant in the sum of $50, which defendant counterclaims. The contention of the defendant as to the conditions of the contract is sustained by the lease itself, and by the rules and regulations indorsed thereon, and made, by the terms of the lease, a part of the contract. The judgment in favor of the plaintiff must be reversed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

---

BIRDSALL, Respondent, v. McNEELY, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Actions by Albert T. Birdsall against Peter McNeely. No opinions. Appeals discontinued by stipulation, without costs.

---

BISHOP, Respondent, v. LOCKPORT ICE & COLD STORAGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by J. Pierce Bishop against the Lockport Ice & Cold Storage Company. No opinion. Judgment and order affirmed, with costs.

---

BLOOM, Respondent, v. MINTZ, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Nathan Bloom against Solomon Mintz. No opinion. Motion to dismiss appeal granted, with costs.